United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Tifany S Mitchell  
    Debtor

Case No. 16-17346-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 10, 2021      Form ID: 138OBJ      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tifany S Mitchell, 6913 Rodney Street, Philadelphia, PA 19138-1920 |
| 13809902 | + | Fed Loan Sevicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14508989 | + | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 14509365 | + | MIDFIRST BANK, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 13809905 | #+ | Merchants Credit, 223 W Jackson Blvd, Ste 700, Chicago, IL 60606-6914 |
| 13809907 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 13809908 | + | PGW, 1800 North 9th Street, Philadelphia, PA 19122-2021 |
| 13809911 | + | PINGORA LOAN SERVICING INC, ATTN: PHH MORTGAGE CORP., ONE MORTGAGE WAY, Mount Laurel, NJ 08054-4637 |
| 13809909 | | Phelan Hallinan, LLP, One Penn Center Plaza, 1617 John F. Kennedy Blvd. Suite 1400, Philadelphia, PA 19103-1814 |
| 13809910 | + | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 13847726 | + | Pingora Loan Servicing, LLC, PHH Mortgage Corporation, 1 Mortgage Way, Mailstop: SV01, Mount Laurel, NJ 08054-4624 |
| 14257830 | + | Pingora Loan Servicing, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14258087 | + | Pingora Loan Servicing, LLC, c/o FRANCIS THOMAS TARLECKI, McCabe Weisberg & Conway LLC, 123 South Broad Street, Suite 1400 Philadelphia, PA 19109-1060 |
| 14268535 | | Pingora Loan Servicing, LLC, c/o Flagstar FSB, Attn: Customer Service Department, 5151 Corporate Drive, Troy, Michigan 48098-2639 |
| 13809912 | + | Police And Fire Fede, 901 Arch St, Philadelphia, PA 19107-2495 |
| 13810193 | + | Police and Fire Federal Credit Union, 901 Arch Street, Phila., Pa. 19107-2495 |
| 13875965 | | U.S. Department of Education, c/o Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 10 2021 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 10 2021 23:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13809899 | + | Email/Text: bankruptcy@sccompanies.com | Dec 10 2021 23:51:00 | Ashro, 1112 7th Ave, Monroe, WI 53566-1364 |
| 13832245 | + | Email/Text: bankruptcy@sccompanies.com | Dec 10 2021 23:51:00 | Ashro Lifestyle, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13895602 | | Email/Text: megan.harper@phila.gov | Dec 10 2021 23:51:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13809900 | | Email/Text: megan.harper@phila.gov | Dec 10 2021 23:51:00 | City of Philadelphia - Law Dept., One Parkway Bldg., 1515 Arch Street, 14th Fl, Philadelphia, PA 19107 |
| 13809901 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 10 2021 23:51:00 | Comenity Bank/Ashley Stewart, Po Box 182124, Columbus, OH 43218-2124 |
| 13809903 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 10 2021 23:51:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2021 | Form ID: 138OBJ | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | | 56303-0820 |
| 13809904 | + | Email/Text: cnorton@hillcrestdavidson.com | Dec 10 2021 23:51:00 | Hillcrest Davidson & A, 715 N Glenville Dr Ste 4, Richardson, TX 75081-2879 |
| 14461887 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Dec 11 2021 00:02:01 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 13809906 | + | Email/Text: BKVerification@Ocwen.com | Dec 10 2021 23:51:00 | Mortgage Service Cente, Attn: Bankruptcy Dept, Po Box 5452, Mt Laurel, NJ 08054-5452 |
| 13816803 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 10 2021 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 13820123 | | Email/Text: bnc-quantum@quantum3group.com | Dec 10 2021 23:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13809914 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 10 2021 23:51:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14485873 | *+ | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 13809913 | *+ | Police And Fire Fede, 901 Arch St, Philadelphia, PA 19107-2495 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2021                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Tifany S Mitchell dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor Pingora Loan Servicing LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| JEROME B. BLANK | on behalf of Creditor Pingora Loan Servicing LLC paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Pingora Loan Servicing Inc paeb@fedphe.com |
| KENNETH E. WEST | |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 10, 2021 | Form ID: 138OBJ | Total Noticed: 31

ecfemails@ph13trustee.com  philaecf@gmail.com

LAUREN MOYER
    on behalf of Creditor Pingora Loan Servicing Inc ecfmail@mwc-law.com

MARIO J. HANYON
    on behalf of Creditor Pingora Loan Servicing Inc wbecf@brockandscott.com  mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

THOMAS SONG
    on behalf of Creditor Pingora Loan Servicing Inc tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Tifany S Mitchell
        Debtor(s)

Case No: 16−17346−elf

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/10/21